CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAR 19 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

TWT

Dahlen J. Musgrove
(Enter above the full name and prisoner identification number of the plaintiff, GDC number if a state prisoner.)

-vs-

Judge Toby Prodgers
Barry E. Morgan
Cobb Co. Magistrate
(Enter above the full name of the defendant(s).)

1 14-CV-0805

I. **Previous Lawsuits**

   A. Have you filed other lawsuits in federal court while incarcerated in any institution?

   Yes ( )   No (✓)

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit:

      Plaintiff(s): _____
      _____

      Defendant(s): _____
      _____

   2. Court (name the district): Cobb Co. Magistrate Courts

   3. Docket Number: No: 13071750/Warrant 13-W-6578

Rev. 12/5/07

IN THE SUPERIOR COURT OF Cobb Co. Magistrate
STATE OF GEORGIA

Dahlen J. Musgrove
000920316 , Plaintiff
Inmate Number

Judge Toby Rogers, vs.
Barry E. Morgan,
Cobb Co. Magistrate
Defendant(s)

Civil Action No. New

Nature of Action:

42 U.S.C § 1983
O.C.G.A 42-8-34

## PART I: BACKGROUND INFORMATION ON YOUR CONVICTION

1. Name and location of prison in which you are now confined: Cobb Co. Adult Detention Facility Marietta Ga. 30061

2. Sentence you are now serving: 9 months & 5 days
   Name and location of court which imposed sentence: Cobb Co. Magistrate Courts 12 E Park Square, Marietta, GA 30090
   Approximate date your sentence will be completed: Nov 29 2013

3. The indictment number or numbers (if known) upon which, and the offense or offenses for which sentence was imposed:
   a. Warrant No: 13-W-6578
   b. Case No: 13071750
      Case No: 13-M 3015
   c. Affiant D. Kieler
      Badge No: cc1752

4. Give the approximate date upon which sentence was imposed and the terms of the sentence:
   a. August 9, 2013 (had 9 months left on Probation 2 for I 4½ months original re-
   b. lease date Nov 29 2013 (no revocation hearing) they indicted without proper procedure!

Administrative Office of the Courts (Revised 02-10-09)           [1]                                Form CA-1

10. If your answer to number 9 is "Yes," describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline for each lawsuit.)

   a. Parties to the previous lawsuit:

   Plaintiffs: _____

   _____

   Defendants: _____

   _____

   b. Court (If federal court, name the district. If state court, name the court and county): Cobb Co. Magistrate Court Marietta, Ga 30061

   c. Docket Number: Warrant No: 13-W-6578 / Case No: 13071250

   d. Name of judge to whom case was assigned: Honorable Judge Toby Prodgers / Green, Ruben / Frank Cox

   e. Date on which you filed lawsuit: 3/15/14

   f. Date of disposition, if any, of lawsuit: _____

   g. What was the lawsuit about? _____

   h. What was the outcome of the lawsuit? (For example, was the case dismissed? Was it appealed? Is it still pending? _____

   i. Citations, if known, to any written opinions or orders in the lawsuit: _____

## PART III: GRIEVANCE PROCEDURES

11. Is there a prisoner grievance procedure at the institution in which you are presently confined?
    ☑ Yes  ☐ No

12. If your answer to number 11 is "Yes," please answer the following:

   a. Did you present the facts relating to your complaint in the institution's prisoner grievance procedures?  ☑ Yes  ☐ No

   b. If your answer to (a) above is "Yes,"
   What steps did you take? Written several questionnaires to the Solicitor and sentencing
   What was the result? no response / lawyer doesn't pick up phone / Court Clerk doesn't return mail

   c. If your answer to (a) above is "No," explain why not: _____

13. Tell what you have done, other than what you have described in question 12, to bring your complaints to the attention of prison officials. In doing so, give dates, places, and names of persons talked to: I spoke with my Court Appointed Attorney several times Mr. Sandford Rice January ruffly around 2:00 clock at the Cobb Co. Jail wrote the State Bar of Ga. Wrote the Clerk of Court Angie T. Davis in January also. And Mr. Sandy E. Smith inmate first time in Cobb Co. Jail

14. Names and approximate dates of entry and exit, and locations of all prisons and jails in which you have been incarcerated: Smryna 2012 only 2 weeks Milton (Alpharetta 2012 (1 day 1/2)

15. As to your present confinement, please state:
   a. Which part of the penitentiary or jail are you held in: O-5 1718 Bottom Bunk Cobb Co. Adult Detention Facility
   b. How long have you been in this part of the penitentiary or jail? 9 months in same dorm O-5 1718 B
   c. Please list the full name of every prisoner now confined in the same general area: just the gentleman assisting me Mr. Sandy E. Smith O-5 1734 B 1013888

---

**PART IV: STATEMENT OF CLAIMS**

16. List the name and address of each plaintiff in this lawsuit: Judge Toby Rogers Barry E. Morgan / Sandford Rice

17. List below for each defendant, the defendant's full name, official position, and place of employment. Attach additional paper if necessary.

| Full Name | Official Position | Place of Employment |
|---|---|---|
| Judge Toby Rogers | Judge | Cobb Co. Magistrate |
| Barry E. Morgan | ADA | Cobb Co. Magistrate |
| Officer D. Kieler | Badge No: cc 1752 | |

140 N Marietta, Parkway Ga 30068 (770) 499-3900